# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - NORTHERN DIVISION

**In the Matter of:**

| | |
|---|---|
| Ruth Mercado } | **Case No: 19-82310-CRJ13** |
|    PLAINTIFF, } | **AP No: 20-80059-CRJ** |
| VS. } | |
| SN Servicing Corporation } | |
| U.S. Bank National Trust Association } | |
| Nationstar Mortgage, LLC | |
|    DEFENDANTS, | |

## COURTROOM NOTES CONTINUING

| | |
|---|---|
| **Matter(s):** | RE: Doc #9; Status Conference |
| **Date and Time:** | Wednesday, June 10, 2020 11:00 AM |
| **Appearances:** | Enslen Crowe, attorney for Nationstar Mortgage, LLC (Defendant) |
| | John C. Larsen, attorney for Ruth Mercado (Plaintiff) |
| | Michele T. Hatcher (Trustee) |
| | Timothy Pittman, attorney for SN Servicing Corporation (Defendant) |
| | Timothy Pittman, attorney for U.S. Bank National Trust Association (Defendant) |
| **Courtroom Deputy:** | MeShae Bogue |
| **Presiding Judge:** | CLIFTON R. JESSUP JR. |
| **Court Notes:** | Continued in open court for telephonic hearing on 7/14/2020 at 2:30 p.m. |
| | All matters on the docket will be heard telephonically via an AT&T call-in number. The dial-in number is 1-877-336-1280. When prompted, enter the access code #2749965. There is no security code, and please do not select any other feature. Other cases or matters may be scheduled for telephonic hearing at the same time. Parties should call in five minutes prior to the start of the hearing. Once connected, please mute your phone until your case is called. After your hearing is completed, please hang up to end your call. To avoid disruption, telephonic hearing participants are expected to call from a quiet location and are not permitted to use a "speaker" function or to place the call on hold (as this may cause music or other noises to play during the hearings of other participants). Participants are encouraged to call from a landline if possible. |

THIS HEARING WILL TAKE PLACE BY TELEPHONE ONLY.  DO NOT COME TO THE COURTHOUSE.  PLEASE SEE THE COURT'S WEBSITE FOR ADDITIONAL INFORMATION (www.alnb.uscourts.gov).

Date Prepared:06/10/2020