UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | } | |
| | } | |
| RUTH MERCADO | } | Case No. 19-82310-CRJ-13 |
| | } | |
| Debtor(s) | } | |
| | } | Chapter 13 |
| RUTH MERCADO | } | |
| | } | |
| Plaintiff(s) | } | |
| vs. | } | |
| | } | |
| SN SERVICING CORPORATION, US BANK | } | AP No. 20-80059-CRJ |
| TRUST NATIONAL ASSOCIATION AS TRUSTEE | } | |
| OF THE IGLOO SERIES IV TRUST, and | } | |
| NATIONSTAR MORTGAGE LLC D/B/A MR. | } | |
| COOPER | } | |
| | } | |
| Defendant(s) | | |

## ORDER VACATING DEADLINES

The above-styled Adversary Proceeding is before the Court on the Notice of Settlement filed by the Plaintiff, stating that the parties have resolved all remaining claims in this Adversary Proceeding with Defendants SN Servicing Corporation and U.S. Bank National Association as Trustee of the Igloo Series IV Trust and requesting that the Court vacate all remaining deadlines to allow the parties sixty days to file the appropriate settlement documents.

**IT IS THEREFORE ORDERED, ADJUDGED and DECREED** that all remaining deadlines in this Adversary Proceeding are hereby **VACATED**. The parties are hereby directed to file the necessary settlement documents within sixty days from the date of this Order, which must include the summary of new procedures implemented by the Defendant(s) to avoid future violations of the automatic stay.

Dated this the 14th day of August, 2020.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge