IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| Ruth Mercado, | ) | Case No. 19-82310-CRJ13 |
| | ) | |
| Debtor(s). | ) | Chapter 13 |

-----

| | | |
|---|---|---|
| | ) | |
| Ruth Mercado, | ) | Adversary No: 20-80059-CRJ |
| | ) | |
| Plaintiffs(s), | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| SN Servicing Corporation, et al, | ) | |
| | ) | |
| Defendants, | ) | |

BANKRUPTCY ADMINISTRATOR'S STATEMENT OF REVIEW OF THE APPLICATION
FOR COMPENSATION OF JOHN C. LARSEN, ATTORNEY FOR DEBTOR

COMES NOW the United States Bankruptcy Administrator for the Northern District of Alabama ("BA"), by and through the undersigned counsel of record, and regarding the application for Approval of Settlement and Motion for Approval to pay Compensation and Expenses states as follows:

1. The BA has reviewed the Motion for Approval of Settlement and the Motion for Approval to Pay Compensation.

2. The BA has no objection to the proposed settlement as set forth in the Motion.

3. An analysis of the request for compensation indicates the fee requested is reasonable in light of *Johnson v. Georgia Highway Express, Inc.*, 488 F2d 714 (5th Cir. 1974). A statement that the monies received by the professional will not be shared with any other party is included in the Fee Application.

4. The Applicant has submitted 18.45hours at a rate of $350.00 per hour. The Applicant seeks compensation in the reduced amount of $3,600.00.

WHEREFORE, the premises considered, BA recommends approval of the compensation as requested.

Respectfully submitted October 20, 2020.

J. THOMAS CORBETT
United States Bankruptcy Administrator for the
Northern District of Alabama
/s/ Richard M. Blythe
Richard M. Blythe
Assistant U.S. Bankruptcy Administrator
Alabama Bar ID: ASB-3199-B52R

OF COUNSEL:
United States Bankruptcy Administrator
Northern District of Alabama
Seybourn H. Lynne Federal Building
P.O. Box 3045
400 Well Street NE. Room 236
Decatur, Alabama 35602
(256) 340-2740

CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2020, I have served a copy if the foregoing on the parties listed below by electronic service through the Court's CM/ECF system and/or by placing a copy of the same in the U.S. Mail, postage prepaid.

Michelle Hatcher, Trustee, Via CM/ECF electronic service

John C. Larsen, Esq., Attorney for the Debtor, Via CM/ECF electronic service

Amanda Beckett, Esq., Attorney for the Defendant, Via CM/ECF electronic service

/s/Richard M. Blythe
Richard M. Blythe